Charles ALTSCHUELER, Respt., v. Maurice BROWER, Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order modified, by providing that the words, "to be examined on behalf of the plaintiff upon the issues raised by the defendant's answer," be stricken from the original order, and the following inserted in lieu thereof, "to be examined on behalf of the plaintiff in support of the allegations of the complaint," and, as so modified,

affirmed, without costs. No opinion. Settle order on notice, the date for the examination to proceed to be fixed in the order.

AMERICAN IRON SUPPLY CO., respondent, v. Raffael SALZANO et al., defendants, and Frank Donato et al., appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, without costs.

William N. AMORY, Applt., v. The CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

